United States District Court
Southern District of Texas
ENTERED
FEB 0 3 2010
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
FILED
FEB - 2 2010
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. B-09-1323 |
| § | |
| ROMEO NELSON PORTILLO-ESCOBAR § | |

**ORDER**

BE IT REMEMBERED on this _2_ day of _February_, 20_10_, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed November 5, 2009, wherein the defendant Romeo Nelson Portillo-Escobar waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Romeo Nelson Portillo-Escobar to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Romeo Nelson Portillo-Escobar guilty of the offense of alien unlawfully being present in the United States after having been convicted of a felony and deported, in violation of 8 U.S.C. 1326(a) and 1326(b)(1).

SIGNED this the _2_ day of _February_, 20_10_.

_____
Hilda G. Tagle
United States District Judge